| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | JUSTIN L. LEE<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for Plaintiff<br>United States of America |



**FILED**
Apr 08, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

INFORMATION ASSOCIATED WITH EMAIL ACCOUNT MGILLUM@EMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY 1 & 1 MAIL & MEDIA, INC.

CASE NO. 2:22-sw-0269 CKD

ORDER COMMANDING 1 & 1 MAIL & MEDIA, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF WARRANT

**UNDER SEAL**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding 1 & 1 Mail & Media, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscriber and customer of the account listed in the warrant) of the existence of the attached warrant for a period of 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation by giving the targets an opportunity to flee from prosecution and destroy or tamper with evidence. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that 1 & 1 Mail & Media, Inc. shall not disclose the existence of the attached warrant or this Order of the Court, to the listed subscriber or to any other person, for 180 days from the date of this order, except that 1 & 1 Mail & Media, Inc. may disclose the attached warrant to an attorney for 1 & 1 Mail & Media, Inc. for the purpose of receiving legal advice.

[PROPOSED] ORDER

1

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: April 8, 2022

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE